# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | |
|---|---|
| United States of America<br>v.<br>Jiadong Cao and Xuejun Zheng<br><br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         25-420<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 21, 2025__ in the county of __Shelby__ in the __Northern__ District of __Alabama__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(a)(3) | Knowingly possessing 15 or more counterfeit access devices |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Scott Easterwood, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __Jun 27, 2025__

*Judge's signature*

City and state: __Birmingham, AL__    Hon. John H. England, III, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Scott Easterwood, being duly first sworn, depose and say:

1.      I am a Special Agent with the United States Secret Service assigned to the Birmingham Field Office.  I have been employed in that capacity since June 2016. I have completed Criminal Investigative Training at the Federal Law Enforcement Training Center.  In addition to basic criminal investigative training, I have completed training at the United States Secret Service Academy in Beltsville, Maryland. My duties as a Special Agent of the United States Secret Service include the detection and investigation of alleged crimes, including, but not limited to, offenses involving identity theft, access device fraud, mail fraud, wire fraud, and fraudulent use of social security numbers.  I received specialized training in these types of investigations at the Federal Law Enforcement Training Center in Glynco, Georgia and the United States Secret Service Academy in Beltsville, Maryland.

2.      The information contained in this affidavit is based on witness interviews, conversations with investigators from multiple agencies/departments involved in this investigation, my personal knowledge and observations during this investigation, my personal training and experience as a criminal investigator, and the review of records, documents and other evidence obtained during this investigation. Because this affidavit is submitted for the limited purpose of establishing probable cause supporting a complaint and arrest warrants, I have not included each and every fact known to me concerning this investigation.  Rather, I

1

have set forth only those facts that I believe are necessary to establish probable cause to support the complaint and arrest warrants requested herein.

3. I submit this affidavit in support of an application for a criminal complaint and arrest warrants for the following two individuals:

- Jiadong Cao is a citizen of China who last entered the United States about September 2024 and has an Immigration Status of Illegal.
- Xuejun Zheng is a citizen of China who last entered the United States on or about September 2024 and has an immigration status of Protected Status/Asylum.

4. Based on the facts set forth in this affidavit, there is probable cause to believe that Jiadong Cao and Xuejun Zheng were in possession of at least 15 counterfeit access devices, in violation of 18 U.S.C. § 1029(a)(3).

5. On Saturday, June 21, 2025, the United States Secret Service ("USSS") Birmingham Field Office was contacted by Detective Hayakahua from the Pelham Police Department in Pelham, Alabama, regarding Encoded Data Fraud arrests they made on that date. On Friday, June 20, 2025, the Pelham Police Department received a Be-On-The-Lookout ("BOLO") from the Hoover Police Department regarding two Asian males driving a gray Lexus SUV with California tag number DE53Y62. These suspects were believed to be involved in switching gift cards at local CVS stores, and Hoover PD asked for these individuals to be stopped and identified if they were

2

located.

6. On June 21, 2025, Pelham PD Officers located the suspect vehicle at a Ramada Inn in Pelham, Alabama. The suspect vehicle, a 2008 Lexus SUV bearing California tag number DE53Y62, was observed leaving the hotel and was pulled over for a traffic violation at about 11:10 a.m. Upon approach, the Officers contacted the driver, identified as Xuejen Zheng, and the passenger, identified as Jaidong Cao, who was sitting in the back seat. During the traffic stop, Officers asked Zheng for consent to search the vehicle using a translation app, and Zheng agreed to the search. Once consent was obtained, Officers had Zhen and Cao step out of the vehicle, and Officers noticed multiple gift cards from different retail stores located in the back seat. Officers conducted the search of the vehicle, and when they opened the back hatch, they observed two sealed boxes and one open box, which contained what appeared to be hundreds of gift cards. Officers then called for assistance from a Shelby County Sheriff's Office K-9 unit who responded to the location. The K-9 conducted a search of the outside of the vehicle, working from the front to the back of the vehicle. Once the K-9 reached the back of the vehicle with the hatch remaining open, the K-9 alerted on the sealed boxes. At that time, Officers opened the sealed boxes and observed that they were full of a large amount of gift cards. Many of the cards in the boxes were bundled with rubber bands. The Officers also discovered a notebook with numbers and writing in Chinese that appeared to be a ledger of the cards in each box, as well as a bag containing multiple rolls of packing tape and

3

rubber bands (matching those used to bind the gift cards and seal the boxes). Det. Hayakahua was called to the scene and took possession of the gift cards and the notebook. Suspects Zheng and Cao were arrested on four counts of Encoded Data Fraud under Alabama Code § 13A-8-113. Pelham PD then reached out to the USSS Birmingham Field Office for assistance.

7. On Monday June 23, 2025, SA Jeffrey Ledbetter, IA Mark Didcoct, and IA Anna Shinbaum, all from the USSS Birmingham Field Office, met Det. Hayakahua at the Pelham Police Department to discuss the case and review the evidence they had collected. While there, they counted a total of 5,078 gift cards that were seized from the suspect vehicle.

8. The following day, June 24, 2025, IA Didcoct and SA Ledbetter responded back to Pelham PD and took custody of the 5,078 gift cards and the ledger and transported them to the USSS Birmingham Field Office where they were secured in the vault pending inventory.

9. Also on June 24, 2025, IA Didcoct and SA Ledbetter responded to the Hoover Police Department, who issued the BOLO for the suspects, to discuss their case with them. They met with Detective and USSS Task Force Officer Jennifer Stewart and Detective Kyle McCreeless. They provided a copy of their report and still photos of Cao and Zheng that they obtained from a CVS Store located at 1881 Chace Drive Hoover, Alabama 35242. The manager of that store notified Hoover PD on Friday, June 20, 2025, that two Asian males had entered the store and went to

the gift card kiosk. While at the kiosk, they removed cards and replaced them with approximately 25 gift cards they had brought into the store: six for Nike, ten for Macy's, and nine for Best Buy. The manager was able to locate the vehicle they were in and took a photo of the tag, which was California tag number DE53Y62 on a dark colored Lexus SUV. The cards that were left behind were also recovered. Images of Cao and Zheng, as well as the Lexus SUV, are below.



Cao entering CVS            Zheng entering CVS

5



Vehicle

10. On June 25, 2025, USSS Birmingham Field Office Special Agents and Investigative Analysts began to inventory and inspect each of the 5,078 gift cards. The cards were from various retailers including Amazon, Home Depot, Dicks Sporting Goods, Nike, Lululemon, Sephora, Macy's and Nordstrom/Nordstrom Rack. While inventorying the cards, it was discovered that over 300 cards, including Home Depot, Amazon, Sephora and Macy's and Nike cards were altered. Each card package had been resealed with glue, and, upon opening each of them, it was discovered that parts of the gift card numbers and/or PIN numbers on the cards had been obliterated/altered.

11. We contacted Home Depot and spoke to one of their asset protection investigators, Jamie Bourne, and provided him with photos of 16 of the Home Depot

cards we had discovered that had been altered (pictured below):





12.   Mr. Bourne provided a report that included the following statement:

"I can confirm that every one of these THD Gift Cards have been tampered with. The PIN number has been partially scratched off on every one of these cards. I highlighted each point of obvious tampering with red circles. As a salaried member of Management at The Home Depot, I can attest that these subjects have no legal reason to be in possession of these Gift Cards, nor have we given them permission to alter them in any way."

13.   Based on the information described above, there is probable cause to believe that from on or about June 20, 2025, through June 21, 2025, in the Northern

8

District of Alabama, Jiadong Cao and Xuejun Zheng were knowingly in possession of at least 15 counterfeit access devices in violation of 18 U.S.C. § 1029(a)(3).

_____
Scott Easterwood, Special Agent
U.S. Secret Service

Sworn to telephonically and subscribed electronically this the 27th day of June 2025.

_____
John H. England, III
United States Magistrate Judge