FILED

2026 Jul-14  PM 04:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:25-cr-409-LCB-JHE-2** |
| | ) | |
| **XUEJUN ZHENG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On June 17, 2026, a Change of Plea Hearing was held in the above case by Magistrate Judge John H. England, III. A Report and Recommendation was filed on June 17, 2026, recommending that the guilty plea be accepted, and the defendant be adjudged guilty and have sentence imposed accordingly.

It is **ORDERED** that the Report and Recommendation is **ADOPTED**, and the guilty plea is accepted.

**DONE** and **ORDERED** this July 14, 2026.

_____
LILES C. BURKE
U.S. DISTRICT JUDGE